# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD HAWK, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 06-300 Erie |
| v. ) | |
| ) | |
| JAMES SHERMAN, Warden, ) | |
| FCI McKean, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 21, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on January 15, 2008 [16], recommends that the instant petition for writ of habeas corpus be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at USP Hazelton, where he is incarcerated. Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of February, 2008;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED and that no certificate of appealability shall issue.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on January 15, 2008 [16], is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge

cm: All parties of record
Susan Paradise Baxter, Chief U.S. Magistrate Judge